**Electronically Filed
Supreme Court
SCOT-23-0000559
24-OCT-2023
11:36 AM
Dkt. 13 ORD**

SCOT-23-0000559

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE COCHRAN DONAHUE

_____

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Browning and Circuit Judge Crabtree,
assigned by reason of vacancies)

On October 2, 2023 an individual using the name Cochran Donahue submitted to the appellate clerk's office documents for filing, along with a motion for permission to proceed *in forma pauperis*. We construe the submission as a petition for a writ of mandamus for a declaratory judgment, confirming the identity of the individual, directed at an unnamed public official. Upon review of the document, we conclude that it fails to demonstrate a clear and indisputable right to relief from this court. See State *ex rel*. Kaneshiro v. Huddy, 82 Hawaiʻi 188, 193, 921 P.2d 108, 113 (1996). We further conclude that the information

provided in the motion to proceed *in forma pauperis*, submitted under penalty of perjury, warrants granting the motion. Therefore,

It is ordered that the motion to proceed *in forma pauperis* is granted.  The clerk shall waive the filing fee in this matter.

It is further ordered that the petition for a writ of mandamus is denied.

DATED:  Honolulu, Hawaiʻi, October 24, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ R. Mark Browning

/s/ Jeffrey P. Crabtree

2